JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LAMONT BUNN JR.,<br><br>                Plaintiff,<br><br>       v.<br><br>E. PALOMARES, et al.,<br><br>                Defendant(s). | Case No. 2:25-10052 JLS (ADS)<br><br>**ORDER DISMISSING CASE FOR FAILURE TO CORRECT DEFICIENCY** |

On October 9, 2025, Plaintiff filed a Civil Rights Complaint. (Dkt. No. 1.) Upon filing, the Plaintiff did not pay the filing fee or file a request to proceed without prepayment of filing fees ("IFP Request".) (See Dkt. No. 2.) On October 20, 2025, the Court issued a deficiency notice requiring Plaintiff to either pay the entire filing fee or file an IFP Request within 30 days of the order, or the action would be dismissed. (Dkt. No. 2.) Plaintiff has done neither and the time to do so has passed.

The Court orders the action dismissed without prejudice for failure to pay the filing fee or file an IFP Request within 30 days of the Court's October 20, 2025 deficiency notice.

**IT IS SO ORDERED**.

Dated:  December 14, 2025

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge

Presented by:

  /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge